# ELECTRONIC RECORD

382-15

COA # 04-14-00324-CR          OFFENSE: MUNICIPAL ORDINANCE

STYLE: THE STATE OF TEXAS V. JOHN D. DELOACH          COUNTY: BEXAR

COA DISPOSITION: REVERSED AND RENDERED          TRIAL COURT: COUNTY COURT #12

DATE: 03/04/15          Publish: YES          TC CASE #: 130556

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: THE STATE OF TEXAS V. JOHN D. DELOACH          CCA #: 382-15

APPELLEE'S _____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

Refused          JUDGE: _____

DATE: June 10, 2015          SIGNED: _____          PC: _____

JUDGE: PC          PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____